Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
    carledge@onellp.com
Ian H. Gibson, Esq. (Bar No. 273444)
    igibson@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff, Mavrix Photo, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTO, INC., a Florida corporation,<br><br>    Plaintiff,<br><br>v.<br><br>GUYISM, LLC, a Delaware limited liability company; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. CV 12-3625 PA(SSx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GUYISM, LLC; AGREED ORDER** |

    This action having come before the Court by a Complaint filed by plaintiff, Mavrix Photo, Inc. ("Mavrix"), asserting claims for copyright infringement;

    Defendant Guyism, LLC ("Guyism") having denied all material allegations in the Complaint;

    The Court having dismissed this action without prejudice on September 11, 2012;

    The parties, namely Mavrix and Guyism (collectively the "Parties") having entered into a Settlement Agreement hereby stipulate as follows:

21067.1

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GUYISM, LLC; AGREED ORDER (PROPOSED)**

1. This action and all claims and counterclaims that were or could have been made between the Parties to this stipulation are hereby dismissed with prejudice, pursuant to Fed. R. Civ. P 41(a)(1)(ii);

2. The Parties agree to be bound by the terms of the Settlement Agreement; and

3. Each of the Parties shall bear its own costs and attorneys' fees.

STIPULATED AND AGREED TO ON OCTOBER 9, 2012:

 */s/ Ian H. Gibson*  
Ian H. Gibson (Bar No. 273444)  
igibson@onellp.com  
ONE LLP  
4000 MacArthur Blvd.  
West Tower, Suite 1100  
Newport Beach, CA 92660  
Telephone: (949) 502-2870  
Facsimile: (949) 258-5081  

Attorneys for Plaintiff  
MAVRIX PHOTO, INC.

 */s/ Joshua M. Masur*  
Joshua M. Masur (Bar No. 203510)  
masur@turnerboyd.com  
TURNER BOYD LLP  
2570 West El Camino Real, Suite 380  
Mountain View, California 94040  
Tel: 650-521-5930  
Fax: 650-521-5931  

Attorneys for Defendant  
GUYISM, LLC

DONE AND ORDERED in Chambers at Los Angeles, California on

October 12, 2012

_____  
PERCY ANDERSON  
United States District Judge

21067.1

2

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT GUYISM, LLC; AGREED ORDER (PROPOSED)**